IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL R. YOUNGBLOOD, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:08-cv-117-MEF |
| | ) | |
| MYONG SHIN YI, *et al.*, | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the defendant State Farm's Motion to Opt Out of Proceedings (Doc. #39) filed on November 11, 2009, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 19th day of November, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE